| | |
|---|---|
| GARY M. RESTAINO<br>United States Attorney<br>District of Arizona<br>SERRA M. TSETHLIKAI<br>Assistant U.S. Attorney<br>United States Courthouse<br>405 W. Congress Street, Suite 4800<br>Tucson, Arizona 85701<br>Telephone: 520-620-7300<br>serra.tsethlikai@usdoj.gov<br>Attorneys for Plaintiff | FILED<br>2024 JUL 10 PM 1:21<br>CLERK US DISTRICT COURT<br>DISTRICT OF ARIZONA<br><br>CR24-04256 TUC-RM(JR) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Alejandro Varela, Jr.,<br><br>   Defendant. | CR<br><br>**I N D I C T M E N T**<br><br>Violations:<br>18 U.S.C. § 924(a)(1)(A)<br>(Making a False Statement in Connection With Acquisition of Firearms)<br>Counts 1-7<br><br>18 U.S.C. §§ 922(a)(6) & 924(a)(8)<br>(Making a False Statement in Connection with Acquisition of a Firearm)<br>Counts 8-24<br><br>18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)<br>(Engaging in the Business of Dealing Firearms without a License)<br>Count 25<br><br>18 U.S.C. § 924(d);<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNTS 1-7

On or about the dates listed below, in the District of Arizona, the Defendant ALEJANDRO VARELA, JR., in connection with the acquisition of firearms, knowingly

made false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that his address was on West Tucker Street, Tucson, Arizona, whereas in truth and fact, that was not Defendant's current address;

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 07/30/2021 | Liberty Pawn Shop | Colt's PT.F.A. MFG, model 02991, .38 Super pistol |
| 2 | 08/28/2021 | Liberty Pawn Shop | Colt, model Government, .38 Super pistol |
| 3 | 11/17/2021 | Liberty Pawn Shop | Colt's PT.F.A. MFG, model Government, .38 Super pistol |
| 4 | 12/09/2021 | Liberty Pawn Shop | Colt's PT.F.A. MFG, model Government, 9 mm pistol |
| 5 | 12/09/2021 | Liberty Pawn Shop | Colt, model Carbine, 5.56 caliber rifle |
| 6 | 01/21/2022 | Liberty Pawn Shop | 1. Browning Arms, model 1911-380, .380 caliber pistol;<br>2. Browning Arms, model 1911-22, 22 caliber pistol;<br>3. Colt's PT. F.A. MFG, model Bandera de Mexico, .38 Super pistol |
| 7 | 03/03/2022 | Liberty Pawn Shop | 1. Colt, model Government, .38 Super pistol;<br>2. Browning Arms, model 1911-380-.380 caliber pistol |

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 8 - 24**

On or about the dates listed below, in the District of Arizona, the Defendant ALEJANDRO VARELA, JR., in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that was the actual transferee/buyer of the firearms, whereas in truth and fact, he was not the actual transferee/buyer of the firearms, he acquired them on behalf of another person with such false statement given to deceive such dealer as to a material fact to the lawfulness of the sale of the firearms.

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 8 | 07/22/2019 | Liberty Pawn Shop | Browning, model 1911-380 Black Label, .380 caliber pistol |
| 9 | 07/30/2019 | Liberty Pawn Shop | Colt, model Government, .38 Super pistol |
| 10 | 09/26/2019 | Liberty Pawn Shop | Colt, model Government, .38 Super pistol |
| 11 | 11/08/2019 | Liberty Pawn Shop | Colt, model M4 Carbine, 5.56 caliber rifle |
| 12 | 02/01/2020 | Liberty Pawn Shop | Colt, model Government, .38 Super pistol |
| 13 | 02/08/2020 | Blanca's Jewelry | Colt, model Government, .38 Super pistol |
| 14 | 08/28/2020 | Liberty Pawn Shop | 1. Colt, model Government, .38 Super pistol; 2. Glock, model 19 Gen5, 9 mm pistol |
| 15 | 10/30/2020 | Liberty Pawn Shop | Colt, model 1911, .38 Super pistol |
| 16 | 02/04/2021 | Liberty Pawn Shop | Colt, model Government, .38 Super pistol |

| | | | |
|---|---|---|---|
| 17 | 03/16/2021 | Liberty Pawn Shop | Colt, model Government, .38 Super pistol |
| 18 | 07/30/2021 | Liberty Pawn Shop | Colt's PT.F.A. MFG, model 02991, .38 Super pistol |
| 19 | 08/28/2021 | Liberty Pawn Shop | Colt, model Government, .38 Super pistol |
| 20 | 11/17/2021 | Liberty Pawn Shop | Colt's PT.F.A. MFG, model Government, .38 Super pistol |
| 21 | 12/09/2021 | Liberty Pawn Shop | Colt's PT.F.A. MFG, model Government, 9 mm pistol |
| 22 | 12/09/2021 | Liberty Pawn Shop | Colt, model Carbine, 5.56 caliber rifle |
| 23 | 01/21/2022 | Liberty Pawn Shop | 1. Browning Arms, model 1911-380, .380 caliber pistol;<br>2. Browning Arms, model 1911-22, 22 caliber pistol;<br>3. Colt's PT. F.A. MFG, model Bandera de Mexico, .38 Super pistol |
| 24 | 03/03/2022 | Liberty Pawn Shop | 1. Colt, model Government, .38 Super pistol;<br>2. Browning Arms, model 1911-380- .380 caliber pistol |

All in violation of Title 18, United States Code, Sections 2(a), 922(a)(6), 924(a)(2) and (8).

## COUNT 25

Between on or about July 22, 2019, through on or about March 3, 2022, in the District of Arizona, Defendant ALEJANDRO VARELA, JR,, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms;

*United States of America v. Alejandro Varela, Jr.*
*Indictment Page 4 of 6*

All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

**FORFEITURE ALLEGATION**

Upon conviction of Counts 1 through 25 of the Indictment, the defendant, ALEJANDRO VARELA, JR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| # | Firearms | Serial Number |
|---|---|---|
| 1 | Browning, model 1911-380 Black Label, .380 caliber pistol | 51HZP01515 |
| 2 | Colt, model Government, .38 Super pistol | LMA360 |
| 3 | Colt, model Government, .38 Super pistol | MEX104 |
| 4 | Colt, model M4 Carbine, 5.56 caliber rifle | LE105929 |
| 5 | Colt, model Government, .38 Super pistol | MEX355 |
| 6 | Colt, model Government, .38 Super pistol | NEX105 |
| 7 | Colt, model Government, .38 Super pistol | ELPAT104 |
| 8 | Glock, model 19 Gen5, 9 mm pistol | BRAA290 |
| 9 | Colt, model 1911, .38 Super pistol | 2938269 |
| 10 | Colt, model Government, .38 Super pistol | AZT269 |
| 11 | Colt, model Government, .38 Super pistol | 38SS10400 |
| 12 | Colt's PT.F.A. MFG, model 02991, .38 Super pistol | 2940054 |
| 13 | Colt, model Government, .38 Super pistol | TME168 |
| 14 | Colt's PT.F.A. MFG, model Government, .38 Super pistol | 2933230 |
| 15 | Colt's PT.F.A. MFG, model Government, 9 mm pistol | NN06374 |
| 16 | Colt, model Carbine, 5.56 caliber rifle | CR067286 |
| 17 | Browning Arms, model 1911-380, .380 caliber pistol | 51HYZ07441 |
| 18 | Browning Arms, model 1911-22, 22 caliber pistol | 51EZX04089 |
| 19 | Colt's PT. F.A. MFG, model Bandera de Mexico, .38 Super pistol | BDM380 |

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

*United States of America v. Alejandro Varela, Jr.*
Indictment Page 5 of 6

the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: July 10, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

SERRA M. TSETHLIKAI
Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. Alejandro Varela, Jr.*
*Indictment Page 6 of 6*